UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____
                                        )
IN RE YASMIN AND YAZ (DROSPIRENONE))         3:09-md-02100-DRH-PMF
MARKETING, SALES PRACTICES AND          )
PRODUCTS LIABILITY LITIGATION           )    MDL No. 2100
_____     )
                                             ORDER
                                             VACATING DISMISSAL

**This Document Relates to:**

*LeAnne Rosenthal v.*
*Bayer Schering Pharma, AG, et al.*          No. 3:10-cv-12882-DRH-PMF

*Laurie Armetta v. Bayer Corp., et al.*      No. 3:10-cv-13502-DRH-PMF

**ORDER**

**HERNDON, Chief Judge:**

On March 1, 2012 (*Rosenthal*) and May 31, 2012 (*Armetta*) the Court granted the Bayer defendants' motions to dismiss, without prejudice, the claims of the above captioned plaintiffs for failure to comply with the Plaintiff Fact Sheet (PFS) requirements. Each plaintiff has filed a motion to reinstate the case stating compliance with the PFS requirements. Bayer has responded stating that it is not opposed to reinstatement in either case.

Accordingly, the Court hereby **VACATES** the order dismissing the above referenced cases without prejudice. Further, the Court directs the Clerk of the Court to **REINSTATE** the same.

**SO ORDERED:**    Digitally signed by
                   David R. Herndon
                   Date: 2012.08.20
                   15:58:36 -05'00'

**Chief Judge**
**United States District Court**          **Date: August 20, 2012**