UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

This Document Relates To:

| | |
|---|---|
| *Kristen Hill, et al. v. Bayer Schering Pharma AG, et al.* | No. 10-cv-12884-DRH |
| *LeAnne Rosenthal v. Bayer Schering Pharma AG, et al.* | No. 10-cv-12882-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 30, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:   /s/*Caitlin Fischer*
        **Deputy Clerk**

Date: September 30, 2014

Digitally signed by David R. Herndon
Date: 2014.09.30 13:40:30 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT